UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-CV-61911 Rosenbaum/Selzer

JOSHUA L. SMITH,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC, and
SPRECHMAN and ASSOCIATES, P.A.,

    Defendants.
_____/

## JOINT INTERIM STATUS REPORT

Pursuant to the Court's Order entered December 11, 2012, counsel for Plaintiff, JOSHUA L. SMITH, and Counsel for Defendants MIDLAND FUNDING, LLC and SPRECHMAN and ASSOCIATES, P.A., jointly submit this Report as follows:

A. **Have all defendants been served?**  Yes.

B. **Have all defendants responded to the complaint?**  Yes.

C. **If this is a class action, has a motion for class certification been filed?**  This is not a class action.

D. **Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?**

   The parties have agreed to appoint Attorney John Salmon as mediator, the parties are currently attempting to schedule a place, date and time for mediation, and will file a proposed Order Scheduling Mediation.

E. **Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so.  If yes, state the status of such negotiations and the relative prospects for resolution through informal means.**

   The parties are engaged in informal settlement negotiations which are ongoing.

F. **Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.**

**Plaintiff's Statement**: The plaintiff has propounded a request for production to MIDLAND FUNDING, LLC. The defendants have produced no documents voluntarily thus far. Further the plaintiff has set defendant MIDLAND FUNDING, LLC 30(b)(6) deposition is set for April 4, 2013. It is anticipated all fact discovery will be concluded by the court deadline of August 19, 2013.

**Defendants' Statement:** Neither defendant has engaged in any discovery to date.

G. **Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.**

There are no known other issues of which the court should be aware at this time.

Respectfully submitted,

  /s/ Rebecca J. Covey
REBECCA J. COVEY, ESQ.
Florida Bar No. 471641

REBECCA J. COVEY, L.L.C.
**Counsel for Plaintiff JOSHUA L. SMITH**
1318 Southeast 1st Avenue
Fort Lauderdale, Florida 33316
Telephone:   (954) 763-4300
E-mail: RebeccaCovey@LemonAdvice.com

and

  /s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Fla. Bar. No.  0026555

GOLDEN, SCAZ GAGAIN, PLLC
**Counsel for SPRECHMAN & ASSOCIATES, P.A.**
201 N. Armenia Avenue
Tampa, Florida 33609
(813) 251-3632
(813) 251-3675 (f)
cmchale@gsgfirm.com

and

　　*/s/ Frank Springfield*
R. FRANK SPRINGFIELD, ESQ.
Fla. Bar. No. 0010871

BURR & FORMAN LLP
**Counsel for Defendant Midland Funding, LLC**
350 Las Olas Boulevard, Suite 850
Fort Lauderdale, Florida 33301
Telephone:   (954) 414-6200
Facsimile:    (954) 414-6201
fspringf@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify on March  11 , 2013, the foregoing Joint Interim Status Report was agreed upon by and between that attorneys for Plaintiff and Defendants and was filed by consent with the Clerk of the Southern District of Florida using the CM/ECF system, which will send notification of electronic filing to all counsel or parties of record listed below.

### **Service List:**

Dale T. Golden, Esq. of Golden & Scaz, PLLC at dale.golden@goldenscaz.com

Frank R. Springfield, Esq. and Katrina L. Dannheim, Esq. of Burr and Foreman LLP at fspringf@burr.com and kdannheim@burr.com.