UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:12-CV-61911 Rosenbaum/Selzer

JOSHUA L. SMITH,

       Plaintiff,

vs.

MIDLAND FUNDING, LLC, and
SPRECHMAN and ASSOCIATES, P.A.,

       Defendants.
_____/

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AGAINST SPRECHMAN and ASSOCIATES, P.A.**

Plaintiff, JOSHUA L. SMITH, moves this Court pursuant to Federal Rule of Civil Procedure 37(a) for an order compelling Defendant SPRECHMAN AND ASSOCIATES, P.A., to produce the documents requested in *Plaintiff's First Request for Production of Documents to Defendant Sprechman and Associates* under certification date of March 12, 2013, and as grounds states:

1. On March 12, 2013, Plaintiff emailed to Defendant Sprechman's counsel his *First Request for Production of Documents to Defendant Defendant Sprechman and Associates* (attached).

2. Defendant's response was due on or before April 17, 2013.

3. To date, Defendant Sprechman has completely failed to respond or object to said requests, nor has Defendant requested an extension of time in which to respond.

4. The undersigned has sent several emails to opposing counsel and left a telephone message on May 3, 2013, with counsel for Attorney McHale. However, other than an April 15 email from opposing counsel in which he acknowledged the discovery

due date, all attempts to communicate in regard to the outstanding discovery have been disregarded or ignored.

WHEREFORE, Plaintiff, JOSHUA L. SMITH, respectfully requests this Court enter an order compelling Defendant, SPRECHMAN AND ASSOCIATES, P.A., to serve its response and produce the documents requested in *Plaintiff's First Request for Production of Documents to Defendant Sprechman and Associates* under certification date of March 12, 2013, within 10 days of the signing of the order, award Plaintiff his reasonable attorney fees incurred in having to bring this motion before the Court, and enter such other and further relief as this Court deems just and equitable.

## **LEGAL MEMORANDUM IN SUPPORT OF MOTION**

Fed. R.Civ. P. 37 (a) (1) a party may move for an order compelling discovery, after good faith attempt to confer with opposing counsel.

> **In General.** On notice to other parties and all affected person. A party may move for an order compelling disclosures or discovery.

Fed. R. Civ. P. 37(3) (B) permits a party seeking discovery to move for an order compelling production and may be made if:

> (iv) A party fails to respond that inspection will be permitted-or fails to permit inspection -as requested under Rule 34.

Sprechman and Associates has failed to respond to the plaintiff's request for production pursuant to Fed.R.Civ.P. 34, and therefore Plaintiff is moving for an order compelling same.

Pursuant to Fed.R.Civ.P.37(5), if the motion is granted, the court may require the party whose conduct necessitated the motion, to pay the movant's reasonable expenses

incurred in making the motion, including attorney fees. Plaintiff is entitled to an award of reasonable attorney fees and expenses against Defendant Sprechman and Associates, P.A., because its conduct in failing to respond to the discovery requests was unjustified and necessitated the filing of this motion.

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I have attempted in good faith to confer by email and by telephone with counsel for Defendant Sprechman and Associates, P.A., in an effort to obtain the requested discovery responses without court action but have received no response from Attorney McHale.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May  6 , 2013, a copy of this document was emailed to Charles McHale, Esq. of Golden Scaz Gagain PLLC at cmchale@gsgfirm.com, and to Frank R. Springfield, Esq. and Katrina L. Dannheim, Esq. of Burr and Foreman LLP at fspringf@burr.com and kdannheim@burr.com.

> REBECCA J. COVEY, L.L.C.
> *Counsel for Plaintiff*
> 1318 Southeast 1st Avenue
> Fort Lauderdale, Florida 33316
> Telephone:   (954) 763-4300
> Primary email: rjlaw1@bellsouth.net
> Secondary email: rjlaw2@bellsouth.net
>
> By:   /s/   *Rebecca J. Covey*
>          REBECCA J. COVEY
>          Florida Bar No. 471641