# Charles McHale

| | |
|---|---|
| **From:** | Rebecca J. Covey <rjlaw1@bellsouth.net> |
| **Sent:** | Thursday, May 09, 2013 6:49 PM |
| **To:** | Charles McHale; Frank Springfield |
| **Cc:** | rjlaw2@bellsouth.net |
| **Subject:** | RE: Smith v. Sprechman & Midland |

Dear Counsel:

Assuming payment to me and dismissal of the state case within 10 days of my client signing release and confidentiality, and said release/confidentiality form to be provided to us no later than May 20, then yes, it is absolutely safe to so assume such a jt status report can be filed.

Thank you both for helping us get this resolved.

**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com

---

**From:** Charles McHale [mailto:CMcHale@gsgfirm.com]
**Sent:** Thursday, May 09, 2013 6:32 PM
**To:** rjlaw1@bellsouth.net
**Cc:** rjlaw2@bellsouth.net
**Subject:** RE: Smith v. Sprechman & Midland

Rebecca,

Is it safe to assume that we can file a Joint Status Report indicating that this case has settled with the court and that any and all motions are moot?

## PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS

# Charles J. McHale, Esq.
# GOLDEN SCAZ GAGAIN, PLLC
# (813) 251-3688 (direct line)
# (813) 251-3675 (fax)
# Email:  cmchale@gsgfirm.com

---

**From:** Charles McHale
**Sent:** Thursday, May 09, 2013 6:27 PM
**To:** 'rjlaw1@bellsouth.net'

1

**Cc:** Frank Springfield; Clelia Patrizio
**Subject:** RE: Smith v. Sprechman & Midland

Rebecca,

I just talked with Frank, and he informed me that you communicated with him again about settlement of this case at $7,000 in total for both Defendant inclusive of fees and costs. The Defendants are willing to settle this case for such amount. Defendants would request that plaintiff agree to a general release with confidentiality. The underlying state court action will be dismissed with prejudice with each party bearing its own fees and costs. In turn, Plaintiff will agree to dismiss this Federal Court case with prejudice.

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:  cmchale@gsgfirm.com**

---

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Thursday, May 09, 2013 6:03 PM
**To:** Charles McHale
**Cc:** Frank Springfield; Clelia Patrizio
**Subject:** RE: Smith v. Sprechman & Midland

Dear Mr. McHale:

If you insist on adding paragraphs 6 and 7, than I insist upon the addition of my hand written additions and corrections hereto:
I will forward you the two other additional emails you failed to mention.


**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com

---

**From:** Charles McHale [mailto:CMcHale@gsgfirm.com]
**Sent:** Thursday, May 09, 2013 5:07 PM
**To:** rjlaw1@bellsouth.net
**Subject:** RE: Smith v. Sprechman & Midland

You are certainly free to speak for yourself and are free to add anything that you may want to the joint report. You asked and I agreed to draft the Joint Status Report. If we include paragraph 5, I am not submitting a report without paragraphs 6 and 7. Everything contained in the report is what we discussed yesterday and is accurate. Please advise.

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:  cmchale@gsgfirm.com**

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Thursday, May 09, 2013 4:43 PM
**To:** Charles McHale
**Subject:** RE: Smith v. Sprechman & Midland

I think the identification of a remaining issue is different from arguing your position and stating mine. It is not so much that it is inaccurate as a) I would prefer to speak for myself and b) identifying the remaining issues is not a request for argument on same. I think para 5 says all you need to state.

**From:** Charles McHale [mailto:CMcHale@gsgfirm.com]
**Sent:** Thursday, May 09, 2013 1:32 PM
**To:** rjlaw1@bellsouth.net
**Cc:** Clelia Patrizio
**Subject:** RE: Smith v. Sprechman & Midland

The Court Order requires that we identify any remaining issues. Please tell me what is inaccurate about the statements contained in paragraphs 6 and 7 and/or whether such does not accurately reflect our conversation yesterday. If any issue remains relative to your Motion to Compel and Plaintiff's request for Fees, I am uncomfortable not addressing such in our Report.

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:  cmchale@gsgfirm.com**

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Thursday, May 09, 2013 1:19 PM
**To:** Charles McHale
**Cc:** Clelia Patrizio
**Subject:** RE: Smith v. Sprechman & Midland

I think you should remove Paragraphs 6 & 7 and then add my signature block and it would be fine. I understand you would want to argue about fee entitlement but that really should be in a separate motion or report and I prefer you not state what plaintiff's position is. I think we adequately stated same in our motion. If Judge wants more, he will let us know.

rjc

---

**From:** Charles McHale [mailto:CMcHale@gsgfirm.com]
**Sent:** Thursday, May 09, 2013 12:53 PM
**To:** rjlaw1@bellsouth.net
**Subject:** Smith v. Sprechman & Midland

Attached, please find the proposed Joint Status Report. Please let me know whether such is acceptable or whether any changes are warranted. If you make any changes, please do so in red-line. Thanks.

### PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**201 North Armenia Avenue**
**Tampa, Florida 33609**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:   cmchale@gsgfirm.com**

**LEGAL NOTICE**

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).