# Charles McHale

| | |
|---|---|
| **From:** | Springfield, Frank <fspringfield@burr.com> |
| **Sent:** | Monday, May 13, 2013 7:30 AM |
| **To:** | 'rjlaw1@bellsouth.net'; Charles McHale |
| **Cc:** | 'Clelia Patrizio' |
| **Subject:** | Joshua Smith v. Sprechman & Midland |
| **Attachments:** | DOCS-#2089612-v1-MCM_Joshua_Smith_-_Settlement_Agreement.DOC |

Attached is the settlement agreement for the above matter.



R. Frank Springfield • *Partner*

**Birmingham Office** • map it

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203

direct 205-458-5187 • fax 205-244-5707 • main 205-251-3000

**Orlando Office** • map it

Suite 800 • 200 South Orange Avenue • Orlando, Florida 32801

direct 407-540-6685 • fax 407-641-9268 • main 407-540-6600

fspringfield@burr.com • www.burr.com



ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.