# Charles McHale

| | |
|---|---|
| **From:** | Charles McHale |
| **Sent:** | Monday, June 10, 2013 6:50 PM |
| **To:** | 'rjlaw1@bellsouth.net'; 'Springfield, Frank'; Steve Sprechman |
| **Cc:** | rjlaw2@bellsouth.net |
| **Subject:** | RE: Joshua Smith v. Sprechman & Midland- settlement agreement |

Ms. Covey,

Please be advised that I am not in a position to file the dismissal of the state court case myself as neither my firm or I represented Midland or Sprechman & Associates in the underlying state court case.

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:  cmchale@gsgfirm.com**

---

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Friday, June 07, 2013 12:52 PM
**To:** 'Springfield, Frank'; Charles McHale; Steve Sprechman
**Cc:** rjlaw2@bellsouth.net
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Counsel- Mr. McHale-please file the dismissal of the state county court case and electronically serve me before we file the federal court stip for dismissal.

**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Thursday, June 06, 2013 6:47 PM
**To:** 'rjlaw1@bellsouth.net'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Here is the attached proposed joint stip.

1

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Thursday, June 06, 2013 5:43 PM
**To:** Springfield, Frank
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Thank you Frank;
A separate notarization is fine. Please make sure the joint stipulation for dismissal addresses
the court's retention of jurisdiction to enforce the settlement agreement.

rjc

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Thursday, June 06, 2013 6:28 PM
**To:** 'rjlaw1@bellsouth.net'; 'Clelia Patrizio'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

You should have my check in the morning.  The notary block that you had for the defendants was incorrect, so we will provide you with a separate notary page for Midland if you want its signature notarized.  I will also forward you a joint stipulation of dismissal tomorrow.  It needs to be filed by Monday.

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Thursday, June 06, 2013 5:26 PM
**To:** rjlaw1@bellsouth.net; Springfield, Frank; 'Clelia Patrizio'; cmchale@gsgfirm.com
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Every body did receive our release? Are we proceeding towards wrapping this up?

**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com


**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Sunday, June 02, 2013 5:06 PM
**To:** 'Springfield, Frank'; 'Clelia Patrizio'; cmchale@gsgfirm.com
**Cc:** rjlaw1@bellsouth.net
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Counsel:

I attach hereto the Plaintiff's signed settlement agreement. I await your signed settlement agreements, the dismissal of county court case and the checks.

2

**Rebecca J. Covey**

1318 S.E. First Ave.

Fort Lauderdale, Fl. 33316

954 763 4300

rjlaw1@bellsouth.net

www.lemonadvice.com

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Friday, May 31, 2013 8:58 AM
**To:** 'rjlaw1@bellsouth.net'; 'Clelia Patrizio'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Rebecca,

As we previously agreed, Midland is to request tradeline deletion.  Instead of creating more work that may not be necessary, let's just wait and see if the CRAs do what we are asking them to do.  If they don't, then I would imagine that Midland will be more than willing to get you what you need if you have to go fight them.

---

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Thursday, May 30, 2013 4:14 PM
**To:** Springfield, Frank; 'Clelia Patrizio'; cmchale@gsgfirm.com
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Dear Counsel, Would you please stipulate (via email is fine) that Midland will provide me with written proof that it has requested the deletion of the credit-trade line entry by the major credit reporting agencies? A screen capture of the electronic request or copy of the actual form is fine. We realize you can not be responsible for what CRAs do, but if we need to pursue them, we need to make sure that the CRAs were properly notified by the by the creditors.

**Rebecca J. Covey**

1318 S.E. First Ave.

Fort Lauderdale, Fl. 33316

954 763 4300

rjlaw1@bellsouth.net

www.lemonadvice.com

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Wednesday, May 29, 2013 2:45 PM
**To:** 'rjlaw1@bellsouth.net'; 'Clelia Patrizio'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

We will draft it and circulate it.

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Wednesday, May 29, 2013 1:38 PM
**To:** Springfield, Frank; 'Clelia Patrizio'; cmchale@gsgfirm.com
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Counsel:

Ok, I have sent the above settlement agreement to my client for signature and I am assuming you are as well. We need to do a stipulation for dismissal with the court's retention of jurisdiction to enforce same. Has anybody drafted same?

**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com


**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Tuesday, May 28, 2013 3:07 PM
**To:** 'rjlaw1@bellsouth.net'; 'Clelia Patrizio'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

If the only changes you had are to the signatures, then that is fine.  If there are other changes, please let me know.  I also already have your check from Midland that I can send as soon as I receive the signed copy.

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Tuesday, May 28, 2013 1:52 PM
**To:** Springfield, Frank; 'Clelia Patrizio'; cmchale@gsgfirm.com
**Cc:** rjlaw1@bellsouth.net
**Subject:** FW: Joshua Smith v. Sprechman & Midland- settlement agreement

Dear Counsel:

    Unless I hear otherwise I will assume the settlement agreement attached with my minor modifications (all parties under oath and Plaintiff's counsel's signature removed), is acceptable and I will be forwarding on to my client for signature. Please advise asap if there are revisions yet to be made to the attached agreement.

**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Thursday, May 23, 2013 7:22 PM
**To:** 'Springfield, Frank'; 'Clelia Patrizio'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

I attach hereto the revised settlement agreement. Hopefully this works for everyone. Please advise.

**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Monday, May 20, 2013 2:33 PM
**To:** 'rjlaw1@bellsouth.net'; 'Clelia Patrizio'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

You are just signing off as to confidentiality, that is all.  I am fine with the defendants signatures being notarized.

---

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Monday, May 20, 2013 1:32 PM
**To:** Springfield, Frank; 'Clelia Patrizio'; cmchale@gsgfirm.com
**Subject:** RE: Joshua Smith v. Sprechman & Midland- settlement agreement

Dear counsel:

Also, please delete the last sentence providing for my signature. I am not a party and I never sign settlement agreements.
Also if my client has to sign in front of a notary then I think the defendant's should also sign in front of notaries.

Please let me know if you agree.

**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Monday, May 20, 2013 2:02 PM
**To:** 'rjlaw1@bellsouth.net'; 'Clelia Patrizio'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

I am agreeable to this.  However, I will not be able to get my client to sign today.

---

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Monday, May 20, 2013 1:01 PM
**To:** Springfield, Frank; 'Clelia Patrizio'; cmchale@gsgfirm.com
**Subject:** RE: Joshua Smith v. Sprechman & Midland
**Importance:** High


Dear Counsel:

Instead of requesting more time, I think it makes sense to comply with the court order regarding our stipulation that the
court retain jurisdiction for purposes of enforcing settlement. Therefore I added paragraph 17. is this acceptable- if so please have your clients sign today and we can avoid a jt motion for more time which otherwise has to be filed today.



**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Friday, May 17, 2013 2:23 PM
**To:** 'Clelia Patrizio'
**Cc:** 'Rebecca'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Attached is the revised settlement agreement.  The dismissal of the federal court case is due Monday.  Please let me know if you plan on filing a dismissal then or if we need to jointly request more time.

---

**From:** Clelia Patrizio [mailto:rjlaw2@bellsouth.net]
**Sent:** Friday, May 17, 2013 9:57 AM
**To:** Springfield, Frank
**Cc:** 'Rebecca'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Good morning, Mr. Springfield:
When may we expect the revised release, per your email below?  Please advise.  Thank you.

6

*Clelia Patrizio, J.D.*
Paralegal to Rebecca J. Covey, Esq.

**REBECCA J. COVEY, LLC**
1318 SE 1st Avenue
Fort Lauderdale, FL  33316

Tel.  (954) 763-4300
Email:  rjlaw2@bellsouth.net

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges**. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments**. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Monday, May 13, 2013 1:56 PM
**To:** Rebecca
**Cc:** Clelia Patrazio
**Subject:** Re: Joshua Smith v. Sprechman & Midland

What is the style of that case and I will add it in

On May 13, 2013, at 12:38 PM, "Rebecca" <rjlaw1@bellsouth.net> wrote:

> But I don't see your client' s dismissal of state court case.
>
> Sent from Rebecca Covey iPhone
>
> On May 13, 2013, at 12:08 PM, "Springfield, Frank" <fspringfield@burr.com> wrote:
>
>> Correct
>>
>> On May 13, 2013, at 9:47 AM, "Rebecca" <rjlaw1@bellsouth.net> wrote:
>>
>>> It says $3500 from each. We settled for total of$7000. I had to read twice too
>>>
>>> Sent from Rebecca Covey iPhone
>>>
>>> On May 13, 2013, at 7:29 AM, "Springfield, Frank" <fspringfield@burr.com> wrote:
>>>
>>>> Attached is the settlement agreement for the above matter.



R. Frank Springfield • *Partner*

**Birmingham Office** • map it

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203

direct 205-458-5187 • fax 205-244-5707 • main 205-251-3000

**Orlando Office** • map it

Suite 800 • 200 South Orange Avenue • Orlando, Florida 32801

direct 407-540-6685 • fax 407-641-9268 • main 407-540-6600

fspringfield@burr.com • www.burr.com



ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

<DOCS-#2089612-v1-MCM_Joshua_Smith_-_Settlement_Agreement.DOC>