**Charles McHale**

| | |
|---|---|
| **From:** | Charles McHale |
| **Sent:** | Monday, June 10, 2013 7:37 PM |
| **To:** | 'rjlaw1@bellsouth.net' |
| **Cc:** | Dale Golden; Springfield, Frank (fspringfield@burr.com); Clelia Patrizio (rjlaw2@bellsouth.net) |
| **Subject:** | RE: Joshua Smith v. Sprechman & Midland |
| **Attachments:** | Smith Joshua Settlement.pdf |
| **Importance:** | High |

Ms. Covey,

I am in receipt of your motion for extension of time. I request that you immediately withdraw your motion as it is inaccurate and misleading, as you fail to advise the court that my client is not required to act per the terms of the settlement agreement that your client signed. Moreover, I take issue with your statement that "Counsel for Sprechman and Associates have not [acted with due diligence]. Again, as indicated by the terms of the release agreement, my client has 15 days from the receipt of your client's executed release agreement to tender payment. Thereafter, my client has 10 additional days from the date on which it tenders fund to file the dismissal of the underlying state court case. My client and I only received Plaintiff's executed release agreement on June 3, 2013 – which gives my client until June 18, 2013 to provide you/your client the settlement funds and until June 28, 2013 to dismiss the underlying state court case. I'm attaching a copy of your client's executed agreement for your review. If I have to file a response thereto, I will seek my fees and costs and/or further action.

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:   cmchale@gsgfirm.com**

---

**From:** Charles McHale
**Sent:** Monday, June 10, 2013 7:05 PM
**To:** 'rjlaw1@bellsouth.net'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Actually, my client has 15 days to tender payment from the date of receipt of the executed release and 10 days after my client sends you/your client the settlement funds to dismiss the underlying lawsuit from the date of receipt of the executed release.

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:   cmchale@gsgfirm.com**

**From:** Charles McHale
**Sent:** Monday, June 10, 2013 7:00 PM
**To:** 'rjlaw1@bellsouth.net'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Correct me if I'm wrong, but you did not send the executed release agreement to me/my client until Sunday, June 2, 2013.  I did not receive such until June 3, 2013.  As such, my client has 10 days from receipt of the executed release agreement to 1) provide you the funds and 2) dismiss the underlying state court case.

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:   cmchale@gsgfirm.com**

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Monday, June 10, 2013 6:57 PM
**To:** Charles McHale
**Subject:** RE: Joshua Smith v. Sprechman & Midland

the funds- in short I h ave nothing and I am requesting the court to order compliance as we speak.

**From:** Charles McHale [mailto:CMcHale@gsgfirm.com]
**Sent:** Monday, June 10, 2013 6:51 PM
**To:** rjlaw1@bellsouth.net; Springfield, Frank; Clelia Patrizio
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Other than the executed release, what do you not have from my client?

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:   cmchale@gsgfirm.com**

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Monday, June 10, 2013 6:43 PM
**To:** Charles McHale; 'Springfield, Frank'; 'Clelia Patrizio'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

I will prepare a motion to compel and for sanctions against Sprechman and his counsel. I do not want to risk a dismissal of the case by the court.

---

**From:** Charles McHale [mailto:CMcHale@gsgfirm.com]
**Sent:** Monday, May 20, 2013 3:37 PM
**To:** Springfield, Frank; rjlaw1@bellsouth.net; Clelia Patrizio
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Yes, I'm fine with the Motion.  You have my consent to e-sign for me.  Thanks.

**PLEASE NOTE NEW FIRM NAME AND EMAIL ADDRESS**

**Charles J. McHale, Esq.**
**GOLDEN SCAZ GAGAIN, PLLC**
**(813) 251-3688 (direct line)**
**(813) 251-3675 (fax)**
**Email:   cmchale@gsgfirm.com**

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Monday, May 20, 2013 2:17 PM
**To:** 'rjlaw1@bellsouth.net'; 'Clelia Patrizio'; Charles McHale
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Charles - are you ok with the motion?

---

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Monday, May 20, 2013 1:12 PM
**To:** Springfield, Frank; 'Clelia Patrizio'; cmchale@gsgfirm.com
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Ok, then please file the motion for enlargement.

rjc

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Monday, May 20, 2013 2:02 PM
**To:** 'rjlaw1@bellsouth.net'; 'Clelia Patrizio'; 'cmchale@gsgfirm.com'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

I am agreeable to this.  However, I will not be able to get my client to sign today.

---

**From:** Rebecca J. Covey [mailto:rjlaw1@bellsouth.net]
**Sent:** Monday, May 20, 2013 1:01 PM
**To:** Springfield, Frank; 'Clelia Patrizio'; cmchale@gsgfirm.com

**Subject:** RE: Joshua Smith v. Sprechman & Midland
**Importance:** High

Dear Counsel:

Instead of requesting more time, I think it makes sense to comply with the court order regarding our stipulation that the
court retain jurisdiction for purposes of enforcing settlement. Therefore I added paragraph 17. is this acceptable- if so please have your clients sign today and we can avoid a jt motion for more time which otherwise has to be filed today.


**Rebecca J. Covey**
1318 S.E. First Ave.
Fort Lauderdale, Fl. 33316

954 763 4300
rjlaw1@bellsouth.net
www.lemonadvice.com

---

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Friday, May 17, 2013 2:23 PM
**To:** 'Clelia Patrizio'
**Cc:** 'Rebecca'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Attached is the revised settlement agreement.  The dismissal of the federal court case is due Monday.  Please let me know if you plan on filing a dismissal then or if we need to jointly request more time.

---

**From:** Clelia Patrizio [mailto:rjlaw2@bellsouth.net]
**Sent:** Friday, May 17, 2013 9:57 AM
**To:** Springfield, Frank
**Cc:** 'Rebecca'
**Subject:** RE: Joshua Smith v. Sprechman & Midland

Good morning, Mr. Springfield:
When may we expect the revised release, per your email below?  Please advise.  Thank you.


*Clelia Patrizio, J.D.*
Paralegal to Rebecca J. Covey, Esq.

**REBECCA J. COVEY, LLC**
1318 SE 1st Avenue
Fort Lauderdale, FL  33316

Tel.  (954) 763-4300
Email:  rjlaw2@bellsouth.net

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. **If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments**. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Springfield, Frank [mailto:fspringfield@burr.com]
**Sent:** Monday, May 13, 2013 1:56 PM
**To:** Rebecca
**Cc:** Clelia Patrazio
**Subject:** Re: Joshua Smith v. Sprechman & Midland

What is the style of that case and I will add it in

On May 13, 2013, at 12:38 PM, "Rebecca" <rjlaw1@bellsouth.net> wrote:

> But I don't see your client's dismissal of state court case.
>
> Sent from Rebecca Covey iPhone
>
> On May 13, 2013, at 12:08 PM, "Springfield, Frank" <fspringfield@burr.com> wrote:
>
>> Correct
>>
>> On May 13, 2013, at 9:47 AM, "Rebecca" <rjlaw1@bellsouth.net> wrote:
>>
>>> It says $3500 from each. We settled for total of $7000. I had to read twice too
>>>
>>> Sent from Rebecca Covey iPhone
>>>
>>> On May 13, 2013, at 7:29 AM, "Springfield, Frank" <fspringfield@burr.com> wrote:
>>>
>>>> Attached is the settlement agreement for the above matter.



R. Frank Springfield • *Partner*

Birmingham Office • map it
Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203

direct 205-458-5187 • fax 205-244-5707 • main 205-251-3000

Orlando Office • map it
Suite 800 • 200 South Orange Avenue • Orlando, Florida 32801

direct 407-540-6685 • fax 407-641-9268 • main 407-540-6600

fspringfield@burr.com • www.burr.com

vCard  bio  locations

ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

<DOCS-#2089612-v1-MCM_Joshua_Smith_-_Settlement_Agreement.DOC>