**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:12-CV-61911-ROSENBAUM/SELTZER

**JOSHUA L. SMITH,**

    Plaintiff,

-v-

**MIDLAND FUNDING, LLC AND
SPRECHMAN AND ASSOCIATES, P.A.,**

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Joshua L. Smith ("Plaintiff") and defendants Midland Funding, LLC and Sprechman and Associates, P.A. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), on this 14th day of June, 2013, and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses. However, this Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

*s/ R. Frank Springfield*  
R. Frank Springfield (FL Bar # 0010871)  
**BURR & FORMAN LLP**  
Las Olas Centre II  
350 East Las Olas Boulevard, Suite 850  
Ft. Lauderdale, FL 33301  
Telephone: (954) 414-6200  
Facsimile: (954) 414-6201  
fspringf@burr.com  

Attorney for Defendant  
MIDLAND FUNDING, LLC

*s/ Rebecca J Covey*  
Rebecca J. Covey (FL Bar # 471641)  
**REBECCA J. COVEY, LLC**  
1318 Southeast 1st Avenue  
Fort Lauderdale, FL 33316  
Telephone: 954.763.4300  
Rjlaw1@bellsouth.net  

Attorney for Plaintiff  
JOSHUA L. SMITH

2095504 v1

*s/ Charles J. McHale*
Dale T. Golden, Esquire (FL Bar # 0094080)
Charles J. McHale, Esquire (FL Bar # 0026555)
**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
dale.golden@goldenscaz.com

Attorneys for Defendant
SPRECHMAN AND ASSOCIATES, P.A.

2095504 v1